# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| S.A.A., <br><br> Plaintiff, <br><br> vs. <br><br> Maple Grove Police Officer Samantha Geisler, Hennepin County Jail Doctor Sally Zanotto, Hennepin County Sheriff Deputy Sabrina Demars, Hennepin County Sheriff Deputy Kenneth Hall, Hennepin County Sheriff Deputy David Lewandowski, Hennepin County Sheriff Deputy Kendric Tjia and Hennepin County, | Case No.: 21-cv-02071-PJS-HB <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO SALLY ZANOTTO** |

IT IS HEREBY STIPULATED AND AGREED, by and between S.A.A. and Defendant Sally Zanotto ("Dr. Zanotto"), through their respective counsel, that the above-entitled action as it pertains to Dr. Zanotto, including any and all claims asserted by Plaintiff against Dr. Zanotto may be and herby is dismissed without prejudice and the parties hereby waive taxation of their costs and disbursements. This stipulation of dismissal is not intended to affect Plaintiff's claims against Defendants Samantha Geisler, Hennepin County, Sabrina Demars, Kenneth Hall, David Lewandowski, and Kendric Tjia in the above-captioned matter.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal without prejudice of Plaintiff's claims against Dr. Zanotto to be entered herein.

Dated: 6 – 6 – 22

**BRAZIL LAW GROUP**

Nicholas S. Sweeney (#0397702)
1622 W. Lake Street
Minneapolis, MN 55408
612-874-6109
nsweeney@djbrazil-law.com

**Attorney for Plaintiff**

Dated: _____6/6/22_____

**IVERSON REUVERS**

_____/s/Jason Hively_____
Aaron Bostrom (#401773)
Julia Kelly (#392424)
Jason Hiveley(#311546)
9321 Ensign Ave. S.
Bloomington, MN 55438
952-548-7201
aaron@iversonlaw.com
julia@iversonlaw.com
jasonh@iversonlaw.com

**Attorneys for Samantha Geisler**

Dated: _____6/6/22_____

**HENNEPIN COUNTY ATTORNEY**

_____/s/Sarah McLaren_____
Sarah McLaren (#0345878)
James Keeler (#0176199)
300 S. 6th St. Ste. C2000
Minneapolis, MN 55487

612-348-2925
Sarah.mclaren@hennepin.us
James.keeler@hennepin.us

**Attorneys for Defendants Hennepin County, Sally Zanotto, Sabrina Demars, Kenneth Hall, David Lewandowski, Kendric Tjia**