# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| S.A.A., | Case No.: 21-CV-02071 (PJS/BRT) |
| Plaintiff, | |
| v. | |
| Maple Grove Police Officer Samantha Geisler, Hennepin County Sheriff Deputy Sabrina Demars, Hennepin County Sheriff Deputy Kenneth Hall, Hennepin County Sheriff Deputy David Lewandowski, Hennepin County Sheriff Deputy Kendric Tjia and Hennepin County, | **Stipulation for Dismissal with Prejudice as to Defendants Sabrina Demars, Kenneth Hall, David Lewandowski, and Kendric Tjia** |
| Defendants. | |

Whereas the parties, through their counsel, have addressed the claims and defenses in good faith, assumed the risk of mistake of fact or law, and have resolved the above-entitled action, including any and all claims, whether brought under state or other law, that were or could have been brought as a result of, or relating to, the acts and/or omissions alleged in the Complaint, now therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff S.A.A., and Defendants Sabrina Demars, Kenneth Hall, David Lewandowski, and Kendric Tjia ("Individual County Defendants"), through their respective counsel, that:

1.  The above-entitled action as it pertains to the Individual County Defendants, including all claims asserted by Plaintiffs against the Individual County Defendants, may

1

be and hereby are dismissed with prejudice and the parties hereby waive further attorneys fees and taxation of their costs and disbursements.

2. This stipulation of dismissal is not intended to affect Plaintiff's claims against any remaining defendants or any of the remaining defendants' defenses to Plaintiff's claims in the above-captioned matter.

3. Without further notice, a judgment of dismissal with prejudice of Defendants Sabrina Demars, Kenneth Hall, David Lewandowski, and Kendric Tjia and without fees, costs or disbursements to any of the parties may be entered herein.

Dated: Approved by email
on September 30, 2022

**Brazil Law Group**

By: */s/* Nicholas S. Sweeney
Nicholas S. Sweeney (#0397702)
1622 W. Lake Street
Minneapolis, MN 55408
Telephone: 612-874-6109
Email: nsweeney@djbrazil-law.com

**Attorney for Plaintiff**

Dated: Approved by email
on October 10, 2022

By: */s/* Julia C. Kelly
Jason M. Hiveley, #311546
Julia C. Kelly, #392424
Aaron M. Bostrom, #401773
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952-548-7200
jasonh@iversonlaw.com
julia@iversonlaw.com
aaron@iversonlaw.com
**Attorneys for Defendant Samantha Geisler**

| | |
|---|---|
| Dated: Approved by email on September 30, 2022 | MICHAEL O. FREEMAN<br>Hennepin County Attorney<br><br>By: */s/ Sarah McLaren*<br>JAMES W. KEELER, JR. (#0176199)<br>Sr. Assistant County Attorney<br>SARAH McLAREN (#0345878)<br>Assistant County Attorney<br>2000A Government Center, MC200<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>Telephone: (612) 348-5532<br>FAX No: (612) 348-8299<br>Jim.Keeler@hennepin.us<br>Sarah.McLaren@hennepin.us<br><br>*Attorneys for Defendant Hennepin County* |
| Dated: October 10, 2022 | **Kennedy & Graven, Chartered**<br><br>By: */s/* Jessica E. Schwie<br>Jessica E. Schwie (A.R. #0296880)<br>700 Fifth Street Towers<br>150 South Fifth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 337-9222<br>Facsimile: (612) 337-9310<br>Email: jschwie@kennedy-graven.com<br><br>**Attorney for Defendants Kenneth Hall, Sabrina Demars, David Lewandowski and Kendric Tjia** |