# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| S.A.A., | Case No.: 21-CV-02071 (PJS/BRT) |
| Plaintiff, | |
| v. | |
| Maple Grove Police Officer Samantha Geisler, Hennepin County Sheriff Deputy Sabrina Demars, Hennepin County Sheriff Deputy Kenneth Hall, Hennepin County Sheriff Deputy David Lewandowski, Hennepin County Sheriff Deputy Kendric Tjia and Hennepin County, | **Order** |
| Defendants. | |

Pursuant to the Stipulation of Dismissal with Prejudice as to Defendants Sabrina Demars, Kenneth Hall, David Lewandowski, and Kendric Tjia ("Individual County Defendants") filed as ECF No. 90, the above-entitled action as it pertains to Individual County Defendants is hereby dismissed with prejudice on the merits and without costs to any party. This dismissal does not affect Plaintiff's claims against any remaining defendants or any of the remaining defendants' defenses to Plaintiff's claims in the above-captioned matter.

Dated: October 11, 2022

**BY THE COURT:**

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
U.S. District Court