UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| S.A.A., | Case No.: 21-CV-02071 (PJS/BRT) |
| Plaintiff, | |
| v. | |
| Maple Grove Police Officer Samantha Geisler, Hennepin County Sheriff Deputy Sabrina Demars, Hennepin County Sheriff Deputy Kenneth Hall, Hennepin County Sheriff Deputy David Lewandowski, Hennepin County Sheriff Deputy Kendric Tjia and Hennepin County, | **Stipulation for Dismissal with Prejudice as to Defendant Hennepin County** |
| Defendants. | |

Whereas the parties, through their counsel, have addressed the claims and defenses in good faith, assumed the risk of mistake of fact or law, and have resolved the above-entitled action, including any and all claims, whether brought under state or other law, that were or could have been brought as a result of, or relating to, the acts and/or omissions alleged in the Third Amended Complaint,

Whereas the parties, through their counsel, have already stipulated to the dismissal of Defendants Sabrina Demars, Kenneth Hall, David Lewandowski and Kendric Tjia, now therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff S.A.A., and Defendant Hennepin County, through their respective counsel, that:

1

1. The above-entitled action as it pertains to Hennepin County, including all claims asserted by Plaintiff against Hennepin County, may be and hereby are dismissed with prejudice and the parties hereby waive further attorneys fees and taxation of their costs and disbursements.

2. This stipulation for dismissal is not intended to affect Plaintiff's claims against Maple Grove Police Officer Samantha Geisler or any of Maple Grove Police Officer Samantha Geisler's defenses to Plaintiff's claims in the above-captioned matter.

3. Without further notice, a judgment of dismissal with prejudice of Defendant Hennepin County and without fees, costs or disbursements to any of the parties may be entered herein.

Dated: Approved by email on 12/12/22

**Brazil Law Group**

By: /s/ *Nicholas S. Sweeney*
Nicholas S. Sweeney (#0397702)
1622 W. Lake Street
Minneapolis, MN 55408
Telephone: 612-874-6109
Email: nsweeney@djbrazil-law.com

**Attorney for Plaintiff**

Dated: Approved by email on 12/12/22

By: /s/ *Julia C. Kelly*
Jason M. Hiveley, #311546
Julia C. Kelly, #392424
Aaron M. Bostrom, #401773
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952-548-7200
jasonh@iversonlaw.com
julia@iversonlaw.com

aaron@iversonlaw.com
**Attorneys for Defendant Samantha Geisler**

Dated: December 14, 2022

MICHAEL O. FREEMAN
Hennepin County Attorney

By:   /s/ *Sarah McLaren*
JAMES W. KEELER, JR. (#0176199)
Sr. Assistant County Attorney
SARAH McLAREN (#0345878)
JAMIL M. F. MASROUJEH (#0400895)
Assistant County Attorneys
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5532
FAX No: (612) 348-8299
Jim.Keeler@hennepin.us
Sarah.McLaren@hennepin.us
Jamil.Masroujeh@hennepin.us

*Attorneys for Defendant Hennepin County*